**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Cassandra Lynn DISMANG,
Defendant–Appellant.**

**No. 13–3574.**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 1, 2014.

Filed: May 6, 2014.

Ann M. Koszuth, Asst. Fed. Public Defender, Springfield, MO (Stephen C. Moss, Acting Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

Steven M. Mohlhenrich, Asst. U.S. Atty., Springfield, MO, for appellee.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

Before WOLLMAN, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

Cassandra Lynn Dismang directly appeals the district court's[1] judgment revoking her supervised release and sentencing her to 15 months in prison. After careful review, this court concludes that the district court did not clearly err in finding that Dismang had violated the conditions of her supervised release, and did not abuse its discretion by revoking her supervised release. *See United States v. Miller,* 557 F.3d 910, 914 (8th Cir.2009) (standard of review). This court also concludes that the district court committed no procedural sentencing error, and the 15–month sentence, which was below the Guidelines range and was the sentence Dismang requested, was not substantively unreasonable. *See id.* at 915–17 (discussing procedural-error and substantive-reasonableness tests); *see also United States v. McCully,* 407 F.3d 931, 934 (8th Cir. 2005) (where defendant received sentence at bottom of Guidelines range as requested, she cannot challenge reasonableness of sentence on appeal).

Accordingly, we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.